Frederick L. Johanns, Appellant, v. Theodore Ficke and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements.

No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.